# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00247-CV

**Ava Vercher, Appellant**

**v.**

**Walter Mortgage Company, Appellee**

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### NO. C2953, HONORABLE WILLIAM R. SAVAGE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Ava Vercher has notified this Court that she has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, chapter 13, case number 05-15276). Accordingly, her appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the case to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Smith and Puryear

Filed: September 16, 2005